UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD BRYAN,

        Plaintiff(s),                      CASE NO. 13-14624

v.

                                          HONORABLE DENISE PAGE HOOD

RAYMOND BOOKER &
CHARLES SINCLAIR,

        Defendant(s).
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff, a state parolee currently residing at the Detroit Reentry Center, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. §1983, which is currently pending. This matter is before the Court on Plaintiff's motion for reconsideration regarding his ability to proceed *in forma pauperis* and his parole status. The Court, however, has granted his application to proceed *in forma pauperis* and has not required him to make partial payments or pay the filing fee. His request for reconsideration is therefore moot. Accordingly, the Court DENIES Plaintiff's motion for reconsideration.

        IT IS SO ORDERED.

Dated: December 12, 2013        s/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 12, 2013, by electronic and/or ordinary mail.

                                              s/LaShawn R. Saulsberry
                                              Case Manager