UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD BRYAN,

                Plaintiff,

v.                                              Case No. 13-CV-14624
                                            Honorable Denise Page Hood

RAYMOND BOOKER and
CHARLES SINCLAIR,

                Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION [#18]
**and**
## CLOSING CASE

      This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation.  **[Docket No. 18, filed July 30, 2014]**  In this Report and Recommendation, Magistrate Majzoub recommended that this Court **GRANT** Defendants Raymond Booker's and Charles Sinclair's Motion for Summary Judgment **[Docket No. 16, filed February 13, 2014]** and dismiss Plaintiff Todd Bryan's Complaint.  Neither party has filed an objection within the time provided under 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons. The Magistrate Judge reviewed the record before the Court and determined that Plaintiff failed to provide the Court with evidence to suggest that the Defendants "personally deprived him of psychological treatment or personally subjected him to public speaking." **[Docket No. 18, Pg ID 81]** Magistrate Majzoub further determined that the Plaintiff "failed to provide any evidence to the Court to demonstrate that either Defendant 'authorized, approved, or knowingly acquiesced in the unconstitutional conduct'" as required. *See Shehee v. Luttrell*, 199 F.3d 295, 300 (6th Cir. 1999) (quoting *Hays v. Jefferson Cnty., Ky.*, 668 F.2d 869, 874 (6th Cir. 1982)) (stating that a supervisor must have "'either encouraged the specific incident of misconduct or in some other way directly participated in it. At a minimum a plaintiff must allege that the official at least implicitly authorized, approved, or knowingly acquiesced in the unconstitutional conduct of the offending officers.).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Mona Majzoub **[Docket No. 18, filed July 30, 2014]** is **ACCEPTED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment **[Docket No. 16, filed February 13, 2014]** is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** and the case **CLOSED**.

**IT IS SO ORDERED**.

                              S/Denise Page Hood
                              Denise Page Hood
                              United States District Judge

Dated:  August 22, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 22, 2014, by electronic and/or ordinary mail.

                              S/Julie Owens acting in the absence of LaShawn R. Saulsberry
                              Case Manager